UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2023
```

--------------------------------------------------------------X

DAMON JONES, *on behalf of himself and all others*
*similarly situated*,                                :
                                                     :
                                                     :
                                  Plaintiffs,        :                    1:23-cv-7024-GHW
                                                     :
                          -v -                       :                    ORDER
                                                     :
DUCKSUNG, INC.,                                      :
                                                     :
                                  Defendant.         :

--------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On September 13, 2023 the Court directed the parties to confer as to whether they consent

to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form

or a joint letter no later than September 27, 2023.  Dkt. No. 9.  Neither document has been

submitted.  Accordingly, the parties are directed to comply with the Court's September 13, 2023

order forthwith, and in no event later than September 29, 2023.

SO ORDERED.

Dated:  September 28, 2023                          _____
New York, New York                                          GREGORY H. WOODS
                                                          United States District Judge