```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAMON JONES, *on behalf of himself and all others similarly situated*,

                           Plaintiffs,

                - v -

DUCKSUNG, INC.,

                          Defendant.
-------------------------------------------------------------------X

1:23-cv-7024-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      On September 13, 2023 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than September 27, 2023. Dkt. No. 9. Neither document was submitted by that date. On September 28, 2023, the Court again directed the parties to comply with its September 13, 2023 order by September 29, 2023. Dkt. No. 10. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's September 13, 2023 order forthwith, and in no event later than October 5, 2023.

      SO ORDERED.

Dated: October 3, 2023
New York, New York

                                                         GREGORY H. WOODS
                                               United States District Judge