```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAMON JONES, *on behalf of himself and all others similarly situated*,

                                  Plaintiffs,

                       - v -

DUCKSUNG, INC.,

                                Defendant.
-------------------------------------------------------------------X

1:23-cv-7024-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

        In the Court's order dated August 10, 2023, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than December 4, 2023. The Court has not received the joint status letter and proposed case management plan. The parties are directed to comply with the Court's August 10, 2023 order forthwith and in any event no later than December 7, 2023.

        SO ORDERED.

Dated: December 5, 2023
New York, New York

                                                     GREGORY H. WOODS
                                                United States District Judge